## William Davidson v. J. H. Colburn.

1. APPELLATE COURT PRACTICE.—*Preponderance of Evidence.*—The Appellate Court does not reverse judgments merely because it does not agree with the court below as to where the preponderance of the evidence lies.

**Memorandum.**—Appeal from the Circuit Court of Cook County; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in this court at the March term, 1894, and affirmed. Opinion filed April 30, 1894.

ELDREDGE & FINCH, attorneys for appellant.

MUNN & MAPLEDORAM, attorneys for appellee.

·MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

The question in this case is entirely one of fact. The writer of this opinion is inclined to believe that the preponderance of the evidence is in favor of appellee. (The other members of the court think otherwise.) This court does not reverse judgments merely because it does not agree with the court below as to where the preponderance of the evidence lies.

After a careful examination of the record, we see no sufficient reason for interfering with the judgment rendered in this cause, and it is affirmed.